E-FILED 8/29/14

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROLD MOORE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OHIO PARSEC, INC. and DOES 1 through10, inclusive,<br><br>　　　　Defendants. | CASE NO.: 2:13-cv-07436-PSG-PJW<br>[Honorable Philip S. Gutierrez]<br><br>[~~PROPOSED~~] ORDER ON JOINT STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>(Filed Concurrently with Joint Stipulated Request for Dismissal of Entire Action With Prejudice) |

## [~~PROPOSED~~] ORDER

For good cause appearing, the Court orders that:

1. The above-captioned action shall be dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1); and

2. Each party shall bear his/its own attorney's fees and costs with respect to the dismissal of the above-captioned action.

Dated: 8/29/14

**PHILIP S. GUTIERREZ**
Hon. Philip S. Gutierrez
Judge of Central District Court

4817-2258-8445, v. 1

Jerold Moore v. Parsec, Inc., etc.
Case No.: 2:13-cv-07436-PSG-PJW

1

[PROPOSED] ORDER JOINT STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE